# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MARCUS OLIVER, | : | PRISONER HABEAS CORPUS |
| BOP Reg. # 87520-020, | : | 28 U.S.C. § 2241 |
|    Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| DARLENE DREW, Warden, | : | CIVIL ACTION NO. |
|    Respondent. | : | 1:13-CV-2786-TWT-AJB |

## UNITED STATES MAGISTRATE JUDGE'S
## FINAL REPORT AND RECOMMENDATION

Petitioner, Marcus Oliver, is a federal prisoner in the Community Corrections Management program in Atlanta, Georgia.[1] Petitioner submitted a *pro se* petition for a writ of mandamus pursuant to 28 U.S.C. § 1361, [Doc. 1], which the undersigned construed as a 28 U.S.C. § 2241 habeas corpus action, [Doc. 2 at 1-2; Doc. 6 at 2-3], because Petitioner challenges the computation of his sentence. [*See* Doc. 1 at 1-4.]

On October 18, 2013, the undersigned issued an Order allowing Petitioner to submit the following within thirty (30) days: (1) a completed application to proceed *in forma pauperis*; and (2) a response indicating whether he followed the administrative remedy procedure provided by the Federal Bureau of Prisons. [Doc. 6 at 2-3.] The

---

[1] *See* Fed. Bureau of Prisons, http://www.bop.gov/ (using "Inmate Locator" link and searching BOP Reg. No. 87520-020) (last visited Dec. 5, 2013).

undersigned reminded Petitioner that his failure to comply with that Order or to keep the Court advised of his current address and telephone number could result in dismissal of the case. [*Id.* at 3.]

The time period for Petitioner's compliance having expired, the matter again is before the Court. As of December 6, 2013, the records of the Clerk of Court indicate that Petitioner has submitted neither a completed application to proceed *in forma pauperis* nor a response regarding exhaustion of administrative remedies, and he has not otherwise responded.

It is therefore **RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE**, due to Petitioner's failure to comply with a lawful order of the Court. N.D. Ga. R. 41.3(A)(2); *see also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("dismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion"); *Gratton v. Great Am. Commc'ns*, 178 F.3d 1373, 1374 (11th Cir. 1999) (per curiam) (same); *Heard v. Nix*, 170 Fed. Appx. 618, 619 (11th Cir. Feb. 23, 2006) (per curiam) (affirming dismissal under N.D. Ga. R. 41.3 and Federal Rule of Civil Procedure 41(b) for failure to comply with court order).

The Clerk is **DIRECTED** to terminate the referral to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED**, this  9th   day of December, 2013.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE