IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARCUS OLIVER,

   Plaintiff,

    v.

DARLENE DREW
WARDEN,

   Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-2786-TWT

**ORDER**

This is a pro se habeas corpus petition. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action without prejudice. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 17 day of January, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Oliver\r&r.wpd